UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8158-BER

UNITED STATES OF AMERICA

v.

FREDY YOVANY MEJIA-VAZQUEZ
a/k/a Juan Vasquez-Perez

Defendants.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
ADAM McMICHAEL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0772321
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email: Adam.McMichael@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

AUSA McMichael

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-8158-BER |
| FREDY YOVANY MEJIA-VAZQUEZ | ) |
| a/k/a Juan Vasquez-Perez | ) |
| | ) |
| *Defendant(s)* | ) |

FILED BY ___TM___ D.C.

Apr 19, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal reentry into the United States after removal |

This criminal complaint is based on these facts:

See attached affidavit in support of criminal complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Task Force Officer, HSI
*Printed name and title*

Sworn to and signed before me by
Telephone (Facetime) per
Fed. R. Crim. P. 4(d) & 4.1

Date: ___04/19/2022___

_____
*Judge's signature*

City and state: ___West Palm Beach, Florida___    Bruce Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT
## OF
## ANDY KORZEN
### UNITED STATES DEPARTMENT OF HOMELAND SECURITY
### IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.  I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over eighteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.  This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Fredy Yovany MEJIA-VAZQUEZ, also known as Juan VASQUEZ-PEREZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.  On or about April 16, 2022, Fredy Yovany MEJIA-VAZQUEZ was arrested in Palm Beach County, Florida for violation of probation. He was booked and detained at the Palm Beach County Jail.

4.  A review of the immigration records show that Fredy Yovany MEJIA-VAZQUEZ is a native and citizen of Guatemala. Records further show that on or about September 11, 2002, Fredy Yovany MEJIA-VAZQUEZ was ordered removed. The

Order of Removal was executed on or about October 4, 2005, whereby Fredy Yovany MEJIA-VAZQUEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Fredy Yovany MEJIA-VAZQUEZ re-entered the United States illegally and was removed and returned to Guatemala on three additional separate occasions, on or about following dates: June 26, 2009, November 13, 2018, and March 26, 2019.

6. Records further show that on or about September 27, 2018, in the United States District Court, Southern District of Texas, Fredy Yovany MEJIA-VAZQUEZ was convicted of the offense of entering the United States illegally at a place other than as designated by the immigration officers, case number 18-po-07218.

7. Fredy Yovany MEJIA-VAZQUEZ's fingerprints taken in connection with his April 16, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Fredy Yovany MEJIA-VAZQUEZ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Fredy Yovany MEJIA-VAZQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Fredy Yovany MEJIA-VAZQUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about April 16, 2022, Fredy Yovany MEJIA-VAZQUEZ, an alien who has

previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __19__ day of April 2022.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

### CASE NO. 22-8158-BER

Defendant's Name:   FREDY YOVANY MEJIA-VAZQUEZ a/k/a Juan Vasquez-Perez,

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Illegal reentry after removal | 8: 1326(a) | 2 years' imprisonment<br>$250,000 fine<br>1-year supervised release<br>$100 Special Assessment |