UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**CASE NO. 22-80067-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**FREDY YOVANY MEJIA-VAZQUEZ**
a/k/a **Juan Vasquez-Perez**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered on June 21, 2022, by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 18]. On June 13, 2022, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to the sole count of the Indictment [ECF No. 8]. There is no written plea agreement. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 18]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 18] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Fredy Yovany Mejia-Vazquez as to the sole count of the Indictment is **ACCEPTED**.

3. Defendant Fredy Yovany Mejia-Vazquez is adjudicated guilty of the sole count of the Indictment, which charges him with illegal reentry after deportation, in violation of 8

CASE NO. 22-80067-CR-CANNON

U.S.C. § 1326(a).

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of July 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record